# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GFK INVESTMENTS INC., a California corporation; MEXIM LIQUOR, a California general partnership; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-05169-SVW-MRW<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 25, 2021<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants GFK INVESTMENTS INC., a California corporation and MEXIM LIQUOR, a California general partnership is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 9, 2022

Hon. Stephen V. Wilson
United States District Judge